IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

WILLIE JOSEPH WILLIAMS,
DC #033553,

      Petitioner,

vs.                                  Case No. 4:08cv116-SPM/AK

WALTER MCNEIL,

      Respondent.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

THIS CAUSE comes before the Court upon the Magistrate Judge's Report and Recommendation (doc. 20). The parties were furnished a copy and afforded an opportunity to file objections. No objections have been filed.

Accordingly, it is ORDERED AND ADJUDGED as follows:

1. The Magistrate Judge's Report and Recommendation (doc. 20) is adopted and incorporated by reference in this order.

2. Petitioner's amended §2254 petition for writ of habeas corpus (doc. 7) is hereby ***dismissed with prejudice***.

DONE AND ORDERED this third day of March, 2009.

                                         *s/ Stephan P. Mickle*
                                         Stephan P. Mickle
                                         United States District Judge